# EXHIBIT D
Civil Action No. 1:21-cv-2084

# Bank

America's Most Convenient Bank

MICHELE L ACKERMAN
54 PILOT LN
STATEN ISLAND NY 10309-2847



Page: 1 of 3
Statement Period: Nov 12 2020-Dec 11 2020
Cust Ref #:
Primary Account #:

## TD Convenience Checking
MICHELE L ACKERMAN

Account # 

| | | | |
|---|---|---|---|
| Beginning Balance | ▓ | Average Collected Balance | ▓ |
| Deposits | ▓ | Interest Earned This Period | 0.00 |
| Electronic Deposits | ▓ | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | ▓ | Days in Period | 30 |
| Other Withdrawals | ▓ | | |
| Ending Balance | ▓ | | |

### Deposits



Subtotal: 

### Electronic Deposits

  

Subtotal:

### Electronic Payments

  

| 12/01 | ACH DEBIT, BANNER BILL PAY ****1415457 | 854.51 |

# Bank

America's Most Convenient Bank®     E

MICHELE L ACKERMAN  
54 PILOT LN  
STATEN ISLAND NY 10309-2847

Page: 1 of 3  
Statement Period: Feb 12 2021-Mar 11 2021  
Cust Ref #:   
Primary Account #: 

## TD Convenience Checking

MICHELE L ACKERMAN                                         Account 

| | | |
|---|---|---|
| Beginning Balance | | Average Collected Balance |
| Electronic Deposits | | Interest Earned This Period 0.00 |
| | | Interest Paid Year-to-Date 0.00 |
| Electronic Payments | | Annual Percentage Yield Earned 0.00% |
| Ending Balance | | Days in Period 28 |




### Electronic Deposits

Subtotal:

### Electronic Payments



| 02/12 | ACH DEBIT, BANNER BILL PAY ****1415457 | 854.51 |



Subtotal:

# Bank
America's Most Convenient Bank®

MICHELE L ACKERMAN



Page: 3 of 4
Statement Period: Apr 12 2021-May 11 2021
Cust Ref #:
Primary Account #: 



**Electronic Payments (continued)**

| | | |
|---|---|---|
| 05/11 | ACH DEBIT, BANNER BILL PAY ****1415457 | 854.51 |
| | Subtotal: | |

**Other Withdrawals**

| | Subtotal: | |
|---|---|---|