# EXHIBIT E
Civil Action No. 1:21-cv-2084



Messages app screenshot showing conversation with Michael5:

- Fri, Mar 5, 1:44 PM — Call me please... regarding new insurance policy I have gotten
- Sat, Mar 6, 12:05 PM — What r you doing that u can't call
- Sat, Mar 13, 8:15 AM — Ur union boss should be shackled and jailed for holding up NYC schools from opening
- Mike is falling way behind I think
- Sat, Mar 13, 1:58 PM — ??????
- Sun, Mar 14, 5:02 PM — P lease call me