# EXHIBIT G
Civil Action No. 1:21-CV-2084

GARY A. BLAUSTEIN - Attorney ID: 008291984
GARY A. BLAUSTEIN, ESQ.
403 King George Road, Suite 201
Basking Ridge, NJ 07920-2821
Phone: (908) 470-1910
Fax: (908) 382-3133
Email: gblaustein@blausteinlaw.com
*Attorney for Defendant*

| | |
|---|---|
| **MICHELE ROILAND**<br>Plaintiff,<br><br>vs.<br><br>**MICHAEL ACKERMANN,,**<br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION –FAMILY PART<br>SOMERSET COUNTY<br><br>DOCKET NO. FM-18-704-15<br><br>CIVIL ACTION<br><br>**VOLUNTARY DISMISSAL** |

**Defendant, through his undersigned counsel, voluntarily withdraws his emergent application filed in this matter.**

GARY A. BLAUSTEIN, ESQ.

DATED: September 18, 2021

_____
GARY A. BLAUSTEIN
Attorney for Defendant