# EXHIBIT I
Civil Action No. 1:21-cv-2084

# Timothy J. Dey, Esq.
## 222 Route 18 North
## East Brunswick, N.J. 08816
legal@deylawoffice.com

(732) 828-6600
(732) 828-6604 Fax

February 22, 2021

***Transmission via facsimile & email (301) 294-6960***
customerservice@bannerlife.com
Banner Life Insurance
Legal & General America
3275 Bennett Creek Avenue
Fredrick, Maryland 21704

**RE: Life Insurance Policy No.: 181415457**
      **Michael Ackerman Insured**

Dear Sir or Madam,

    Please be advised that with regard to the above referenced policy this office represents the named beneficiaries. The insured has been threatening to "cancel" this policy although he is well aware that by law he cannot. The insured procured this policy pursuant to a court order in connection with his Final Judgment of Divorce entered on June 13th 2016 **(FM-18-704-15)** spelled out in the party's property settlement agreement incorporated therein. This order has been furnished previously and can be resent upon request.

    The irrevocable beneficiaries of this policy are Plaintiff ex-wife Michele L. Roiland (F/K/A Ackerman) and the parties' children. By order this policy cannot be changed, terminated, or assigned. Further, Plaintiff ex-wife has the right to pay the premium in the event the insured becomes unable. The policy remains paid in full.

Sincerely,

*Timothy J. Dey*

Timothy J. Dey, Esq.
TJD/jlmJD
***CC: MLR***