# EXHIBIT K
Civil Action No. 1:21-CV-2084

To: Michael5

Fri, Sep 17, 10:13 AM

I won't let you destroy my marriage to Stacey... you won this battle, but in the end I will die happy unlike you...be well

Sun, Sep 19, 9:27 AM

I would like to see kids... when I Mike's next break?

Sun, Sep 19, 10:00 AM

> [illegible redacted message]

So after that?

Clearly I need u to coordinate for me

> [illegible redacted message]

> [illegible redacted message]

Oh boy..ok please let me know. Maybe they come out for Thanksgiving then

> [illegible redacted message]

> [illegible redacted message]

Could u help coordinate?..j will fly them out or meagan can deive

I can't fly and trip too much for me at this point

Have not been anywhere but wisconsin twice

> [illegible redacted message]

I wish i could

Nobody replies to me

> Also, when I was looking at their school calendars I just realized Marissa and Mikey are graduating on the same day and time, morning of May 21

Oh no...I hope to be at one at least...probably marissa

U go to Mike

Or we can figure out..not sure how will be then and how u will get there