


ORIGIN ID:LLYA (201) 401-8188
MICHELE,L ACKERMAN

54 PILOT LN

STATEN ISLAND, NY 10309
UNITED STATES US

SHIP DATE: 04NOV21
ACTWGT: 2.10 LB
CAD: 6991617/SSF02220

BILL CREDIT CARD

TO **NORTHERN DISTRICT OF OHIO CLEV DIV COURT — ATTN: CLERKS OFFICE 801 WEST SUPERIOR AVE**

**CLEVELAND OH 44113**
(216) 357-7000



FedEx Express

E

TRK# 2857 3692 9112
0201

FRI — 05 NOV 9:30A
FIRST OVERNIGHT

**N1 BKLA**

44113
OH-US CLE


