UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

FILED
MAR 30 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| MICHAEL ACKERMAN | CASE NO: 1:21-CV-02084 |
| Plaintiff | |
| | JUDGE: BARKER |
| vs. | |
| BANNER LIFE INSURANCE COMPANY | |
| and | |
| MICHELE ROILAND | |
| Defendants | |

## **MOTION TO DISMISS**

Michael Ackerman, by and through counsel, humbly requests this Court DISMISS this action in its entirety.

Respectfully submitted,

/s/ Mark Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Michael Ackerman

1

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Michael Ackerman's Motion to Dismiss was served on March 28, 2022, via regular mail:

Attorney Colleen Duffy, 570 Broad Street, 15th Floor, Newark, NJ 07102

Pro Se Defendant Michele Roiland, 54 Pilot Lane, Staten Island, NY 10309

                                                                                     /s/ Mark Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Michael Ackerman