

Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203

CLEVELAND OH 440

28 MAR 2022 PM 3 L

ND OF OHIO COURT
801 WEST SUPERIOR AVENUE
CLEVELAND, OH 44113

44113-182999