# McElroy Deutsch

570 Broad Street
Suite 1500
Newark, NJ 07102
**T:** 973.622.7711 | **F:** 973.622.5314
MDMC-LAW.COM

COLLEEN M. DUFFY
Direct Dial: (973) 565-2077
cduffy@mdmc-law.com

April 14, 2022

VIA ECF
Hon. Pamela A. Barker, U.S.D.J.
United States District Court for the
Northern District of Ohio
Eastern Division (Cleveland)                **LETTER MOTION**
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

    Re:    **Michael W. Ackerman v. Banner Life Insurance Company
and Michele L. Roiland
Civil Action No. 1:21-cv-02084**

Dear Judge Barker:

    This firm represents Banner Life Insurance Company ("Banner Life") in the above-entitled action.

    On behalf of Banner Life, we respectfully request an opportunity to file a response/opposition to Plaintiff's Renewed Motion to Dismiss (FRCF §41(a)(2)) (Doc. No. 19).

    On April 4, 2022, Your Honor entered an Order providing Plaintiff until April 8, 2022 to file a renewed Motion to Dismiss and further ordering that "Defendants shall have 7 days from the date of Plaintiff's renewed motion to file any responsive/opposition." (Doc. No. 18).

    Plaintiff filed his Renewed Motion to Dismiss on April 11, 2022. (Doc. No. 19). That same day, Your Honor "so ordered" Plaintiff's Renewed Motion to Dismiss without providing Defendants with 7 days to file any response/opposition to the Renewed Motion.

    Banner Life respectfully requests that the Court provide Defendants with seven (7) days to file any response/opposition to the Renewed Motion. Pursuant to Fed. R. Civ. Proc. 41, the voluntary dismissal of this action should be with prejudice. Plaintiff previously dismissed a state court action based on or including the same claims asserted herein. Specifically, Plaintiff filed an Emergent Order to Show Cause Action in the Superior Court of New Jersey, Chancery Division, Family Part, Somerset County, Docket No. FM-18-704-15 seeking the same relief sought in this action. Following an Order to Show Cause Hearing in the New Jersey Court, Plaintiff dismissed the New Jersey action. See, Doc. Nos. 7-3, 7-8, 7-7. Thus, any dismissal in this action should operate as an adjudication on the merits.

# McElroy Deutsch

Hon. Pamela A. Barker, U.S.D.J.
United States District Court for the
Northern District of Ohio
April 14, 2022
Page 2

                          Respectfully submitted,

                McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*[signature]*

                          Colleen M. Duffy

CMD/dm
cc:    Mark F. Graziani, Esq. (via ECF) mark_graziani@yahoo.com
        Ms. Michele L. Roiland (via Email & U.S. Mail) Michele.l.ackerman@gmail.com